Same case below, 633 F.3d 788.

**No. 11-5008. Theodore D. Lockley, Petitioner v. United States.**

565 U.S. 885, 132 S. Ct. 257, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5750.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 632 F.3d 1238.

**No. 11-5009. Ben Latham, Petitioner v. Sarah Palin, former Governor of Alaska, et al.**

565 U.S. 885, 132 S. Ct. 257, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5430.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Alaska denied.

Same case below, 251 P.3d 341.

**No. 11-5010. Angel Louis Pena, Petitioner v. United States.**

565 U.S. 885, 132 S. Ct. 258, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5778.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 407 Fed. Appx. 589.

**No. 11-5011. Anthony Nix, Petitioner v. United States.**

565 U.S. 885, 132 S. Ct. 258, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5726.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 628 F.3d 1341.

**No. 11-5012. Charles William McDowell, Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections.**

565 U.S. 885, 132 S. Ct. 258, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5338.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 417 Fed. Appx. 755.

**No. 11-5013. Bettie Pullen-Walker, Petitioner v. Roosevelt University, et al.**

565 U.S. 885, 132 S. Ct. 258, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5306.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 405 Fed. Appx. 46.

**No. 11-5016. Erick Daniel Davila, Petitioner v. Texas.**

565 U.S. 885, 132 S. Ct. 258, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5700.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.